## Commonwealth *v.* Shaffer, Appellant.

Argued April 14, 1969. *Paul N. Barna, Jr.*, with him *Barna and Barna,* for appellant; *John E. Costello,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

WRIGHT, P. J., WATKINS and MONTGOMERY, JJ., dissent.